United States District Court
Southern District of Texas
**ENTERED**
November 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NOVUM ENERGY TRADING INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:19-cv-04402 |
| | § | IN ADMIRALTY, F.R.C.P. 9(h), and |
| | § | ~~Rule B and~~ Rule C |
| *M/V BOUCHARD* AND *B. NO. 240*, | § | |
| AND THEIR ENGINES, | § | |
| TACKLES, ETC., *IN REM;* AND | § | |
| BOUCHARD TRANSPORTATION | § | |
| CO., INC.; *IN PERSONAM* | § | |
| | § | |
| Defendants. | § | |

**ORDER APPOINTING SUBSTITUTE CUSTODIAN**

ORDERED that the United States Marshal for the Southern District of Texas shall surrender possession of the U.S. flag barge "*B No. 240*", IMO 8646848, and the U.S. flag tug "*M/V Bouchard*", IMO 9053141 (collectively, the "Vessel") to National Maritime Services, at 1560 Sawgrass Corporate Parkway, fort Lauderdale, Florida 33323, as the substitute custodian, and that upon such surrender the U.S Marshal shall be discharged from duties and responsibilities for the safekeeping of theVessel and held harmless from any and all claims arising out of the substituted possession and safekeeping.

IT IS FURTHER ORDERED that National Maritime Services be, and is hereby, appointed the custodian of the Vessel to retain them in its custody for possession and safekeeping at the daily rate of $926.37 until further Order of the Court.

4846-7072-7852.1

IT IS FURTHER ORDERED that all United States Marshal's costs be paid prior to release of the Vessel; and all further custodial costs incurred by National Maritime Services as substitute custodian shall be *custodia legis* expenses.

IT IS FURTHER ORDERED that Plaintiff's attorney will send a copy of this Order to the last known address of the owner of the Vessel.

SIGNED on November 8, 2019, at Houston, Texas.

United States ~~District~~ Judge
*Magistrate*

APPROVED AND ENTRY REQUESTED:

**FOLEY GARDERE**
**FOLEY & LARDNER LLP**

By: */s/ Anacarolina Estaba*
Peter A. McLauchlan
State Bar No. 13740900
Federal Bar No. 6370
pmclauchlan@foley.com
Anacarolina Estaba
State Bar No. 24085298
Federal Bar No. 964979
aestaba@foley.com
1000 Louisiana, Suite 2000
Houston, Texas 77002-2099
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

*ATTORNEYS FOR PLAINTIFF,*
*NOVUM ENERGY TRADING INC.*