UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-CV-04402 |
|---|---|---|---|

| NOVUM ENERGY TRADING INC. |
|---|

| *versus* |
|---|

| M/V BOUCHARD AND B. NO. 240 AND THEIR ENGINES, TACKLES, ETC. IN REM AND BOUCHARD TRANSPORTATION CO., INC. IN PERSONAM |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John J. Walsh<br>Freehill, Hogan & Mahar LLP<br>80 Pine St., 25th Floor, New York, NY 10005<br>(212) 425-1900; walsh@freehill.com<br>New York: 1316165<br>New York: JW9349 |
|---|---|

| Name of party applicant seeks to appear for: | M/V BOUCHARD and B. NO. 240 and Bouchard Transportation Co., Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ✔   No ____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/9/2019 | Signed: /s/ John J. Walsh |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                              United States District Judge

## ADDENDUM TO MOTION AND ORDER FOR ADMISSION PRO HAC VICE

In the following consolidated cases in the United States District Court for the Southern District of New York, *Power Authority of the State of New York v. Tug M/V Ellen S. Bouchard*, 14-CV-0617 (PAC) and 14-CV-4462 (PAC) and, *In the Matter of the Complaint of Bouchard Transportation Co., Inc.*, 14-CV-1262, monetary sanctions were awarded against our client and our firm as a result of my inadvertent disclosure to a retained expert of Court Ordered Attorney Eyes Only material which had been received from a non-party pursuant to subpoena. The monetary sanctions consist of the payment of attorney's fees to the third party and the court order required destruction or return of the Attorney Eyes Only material and any reports based on the material, and required the expert to disclose any consultancies that he had had within six months of the Court Order, which expired in September, 2018, all of which has been accomplished.

On September 21, 2018, having made the foregoing disclosure, I was admitted *pro hac vice* to this Court in *Bouchard Transportation Co., Inc. v. The Department of Homeland Security*, Case No. 4:18-cv-2563 by Judge Gray H. Miller.

I have familiarized myself with the Local Rules of the Southern District of Texas and the Procedures issued by Magistrate Judge Andrew M. Edison.

_____
John J. Walsh

Dated: November 9, 2019