# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NOVUM ENERGY TRADING INC., | § § § § | |
| Plaintiff, | § § § | |
| vs. | § § § § | Civil Action No. 4:19-cv-04402<br>IN ADMIRALTY, F.R.C.P. 9(h), and<br>Rule C |
| *M/V BOUCHARD* AND *B. NO. 240,*<br>AND THEIR ENGINES,<br>TACKLES, ETC., *IN REM;* AND<br>BOUCHARD TRANSPORTATION<br>CO., INC.*; IN PERSONAM* | § § § § § § § | |
| Defendants. | § | |

## NOTICE OF RELEASE OF VESSELS

Pursuant to Court Order [Doc. 6] signed by U.S. Magistrate Judge Edison on November 8, 2019, Novum Energy Trading Inc., and Bouchard Transportation Co., Inc. have consented to the release of *B. No. 240,* IMO 8646848 and *M/V Bouchard,* IMO 9053141.

Dated: November 9, 2019.

                                                  **FOLEY GARDERE**
                                                **FOLEY & LARDNER LLP**

                                                By: */s/ Anacarolina Estaba*
                                                Peter A. McLauchlan
                                                State Bar No. 13740900
                                                Federal Bar No. 6370
                                                pmclauchlan@foley.com
                                                Anacarolina Estaba
                                                State Bar No. 24085298
                                                Federal Bar No. 964979
                                                aestaba@foley.com
                                                1000 Louisiana, Suite 2000
                                                Houston, Texas 77002-2099

Telephone: (713) 276-5500
Facsimile: (713) 276-5555

***ATTORNEYS FOR PLAINTIFF,
NOVUM ENERGY TRADING INC.***

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted counsel for Bouchard Transportation Co., Inc., and he consented to this filing.

/s/ Anacarolina Estaba
Anacarolina Estaba

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this filing was served on all known counsel of record in compliance with the Federal Rules of Civil Procedure on this November 9, 2019.

David James
Clark Hill Strasburger
2615 Calder Avenue, Suite 240,
Beaumont, TX 77702