# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NOVUM ENERGY TRADING INC., § § § | |
| Plaintiff, § § § | |
| vs. § § § | Civil Action No. 4:19-cv-04402 IN ADMIRALTY, F.R.C.P. 9(h), and Rule C |
| *M/V BOUCHARD* AND *B. NO. 240,* AND THEIR ENGINES, TACKLE, ETC., *IN REM;* AND BOUCHARD TRANSPORTATION CO., INC*; IN PERSONAM* § § § § § § § | |
| Defendants. § | |

## NOVUM ENERGY TRADING, INC.'S
## NOTICE OF DISMISSAL

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Novum Energy Trading, Inc. ("Novum"), hereby voluntarily dismisses its admiralty claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Foreclosure Actions, against *M/V Bouchard* and *B. No. 240*, and Their Engines, Tackle, Etc., *In Rem*; and Bouchard Transportation Co., Inc. *In Personam* ("Defendants").

Upon filing of this Notice of Dismissal, this action is dismissed without a court order because Defendants have not served an answer or a motion for summary judgment.

4824-5384-5165.1

Respectfully submitted,

**FOLEY GARDERE**
**FOLEY & LARDNER LLP**

By:   /s/ *Peter A. McLauchlan*
Peter A. McLauchlan
State Bar No. 13740900
Federal Bar No. 6370
Pmclauchlan@foley.com
Anacarolina Estaba
State Bar No. 24085298
Federal Bar No. 964979
aestaba@foley.com
1000 Louisiana, Suite 2000
Houston, Texas 77002-2099
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

**ATTORNEYS FOR PLAINTIFF**
**NOVUM ENERGY TRADING INC.**

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served through the court's CM/ECF system on November 18, 2019, on the following counsel of record:

John J. Walsh
Freehill, Hogan & Mahar LLP
80 Pine Sreet, 25th Floor
New York, NY 10005

*/s/ Anacarolina Estaba*
Anacarolina Estaba

2