United States District Court
Southern District of Texas
**ENTERED**
November 20, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| NOVUM ENERGY TRADING INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:19-cv-04402 |
| | § | IN ADMIRALTY, F.R.C.P. 9(h), and |
| | § | Rule C |
| M/V BOUCHARD AND B. NO. 240, | § | |
| AND THEIR ENGINES, | § | |
| TACKLE, ETC., IN REM; AND | § | |
| BOUCHARD TRANSPORTATION | § | |
| CO., INC; IN PERSONAM | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff, Novum Energy Trading, Inc.'s Notice of Dismissal. After careful consideration, the Court finds that the notice is meritorious and should be GRANTED.

IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims against Defendants are hereby dismissed without prejudice, with each party to bear their own court costs.

Dated: 11/19/2019

_____
UNITED STATES DISTRICT JUDGE

4836-8946-1165.1